# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IN RE:<br><br>Edwin Antonio Colon<br>Maria Idalia Serrano<br><br>**Debtors** | Case No: 6:06-bk-03214-KSJ<br>Chapter 13 |

### Motion to Disburse Returned Funds I/A/O $187.50 Returned by the Creditor, New Century Mortgage Corp.

COMES NOW, Laurie K. Weatherford, The Chapter 13 Trustee and respectfully reports to this Court that:

1. This case was dismissed, converted or completed.

2. The debtors' plan provided for payment to the above-named creditor, who returned the funds to the Trustee indicating refusal to accept said payment.

3. Also, the debtors' plan provided for payment to the Chapter 13 Trustee, which represents payment of its fees to the above-named creditor.

WHEREFORE, the Trustee moves this Court for authority to refund $187.50 to the debtors.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing Motion to Disburse Returned Funds has been furnished by the United States mail or by electronic transmission to the parties listed below on the 17th day of September, 2007.

**Debtors** - Edwin Antonio Colon and Maria Idalia Serrano, 600 S Oxalis Avenue, Orlando, FL 32807
**Debtors' Attorney -** Modesto Lopez, Esq., 930 Woodcock Rd. #236, Orlando, FL  32803
**Creditor** - New Century Mortgage Corp., c/o Officer, Manager or General Agent, 1610 E. St. Andrew Place, Suite B150, Santa Ana, CA  92705

**Motion to Disburse Returned Funds**
**6:06-bk-03214-KSJ**

Respectfully submitted on this 17th day of September, 2007.

                                              **/S/ LAURIE K. WEATHERFORD**

Laurie K Weatherford
Chapter 13 Trustee
Samuel R Pennington
Attorney for Trustee
FL Bar No. 0779326
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com